UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:17-cv-00043-JAD-NJK<br><br>ORDER |

On May 11, 2017, Plaintiff filed a notice of Fed. R. Civ. P. 26(f) conference. Docket No. 27. Discovery-related documents are not to be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** the document filed at Docket No. 27 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: May 12, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge