WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Yanxiong Li, Esq.
Nevada Bar No. 12807
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
yli@wrightlegal.net
Attorneys for *Plaintiff, Deutsche Bank National Trust Company, as Trustee for EquiFirst Mortgage Loan Trust 2004-3, Asset-Backed Certificates, Series 2004-3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR EQUIFIRST MORTGAGE LOAN TRUST 2004-3, ASSET-BACKED CERTIFICATES, SERIES 2004-3,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL I, LLC; EXECUTIVE ESTATES HOMEOWNERS' ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendant. | Case No.: 2:17-cv-00043-JAD-NJK<br><br>**STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S REPLIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**[SECOND REQUEST]**<br><br><br>**ORDER** |
| SFR INVESTMENTS POOL I, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR EQUIFIRST MORTGAGE LOAN TRUST 2004-3, ASSET-BACKED CERTIFICATES, SERIES 2004-3; DAVID G. RISDON, an individual, HILARY L. RISDON, an individual,<br><br>Counter/Cross Defendants. | |

Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR EQUIFIRST MORTGAGE LOAN TRUST 2004-3, ASSET-BACKED CERTIFICATES, SERIES 2004-3 ("Plaintiff"), by and through its attorneys Dana Jonathon Nitz, Esq. and

Yanxiong Li, Esq. of the law firm of Wright Finlay & Zak, LLP; Defendant, SFR INVESTMENTS POOL I, LLC ("SFR") by and through its attorney, Diana C. Ebron, Esq. of the law firm of Kim Gilbert Ebron; and Defendant, EXECUTIVE ESTATES HOMEOWNERS' ASSOCIATION, INC. ("HOA") by and through its attorney, Matthew Sarnoski, Esq. of the law firm of Dennett & Winspear, jointly submits this request for an extension of time, **up to and including October 23, 2017**, for Plaintiff to file its (1) Reply to SFR's opposition to Motion for Summary Judgment and HOA's Joinder thereto [ECF No. 43 and 45]; (2) Opposition to SFR's Countermotion for 56(d) Relief and HOA's Joinder thereto [ECF No. 44 and 46]; and (3) Reply to HOA's opposition to Motion for Summary Judgment [ECF No. 42]:

## **STIPULATION**

1. Plaintiff filed its First Amended Complaint in this action on March 9, 2017 [ECF No. 6].

2. Plaintiff filed its Motion for Summary Judgment ("MSJ") on September 11, 2017 ("Motion") [ECF No. 41].

3. On October 2, 2017, Defendant, Executive Estates Homeowners' Association, Inc. ("HOA") filed an opposition to Plaintiff's MSJ [ECF No. 42].

4. On October 2, 2017, Defendant, SFR Investments Pool 1, LLC ("SFR") also filed an opposition to Plaintiff's MSJ [ECF No. 43] and a Countermotion for 56(d) Relief ("Countermotion") [ECF No. 44].

5. Plaintiff's Replies (to the above oppositions filed by SFR and HOA) in support of its MSJ and Opposition to SFR's Countermotion was originally due on October 16, 2017.

6. As a result of technical issues with computer servers that prevent Plaintiff's counsel from accessing the draft Replies and Opposition briefs for filing, on October 16, 2017, Plaintiff's counsel reached out and obtained consent from both counsels for SFR and for HOA to allow Plaintiff up to and including October 17, 2017 to file its briefs.

7. A Stipulation was filed on October 16, 2017 as to parties' first request for extension, which this Court granted on October 17, 2017 [ECF No. 48].

8.  Contrary to belief of Plaintiff's counsel, the technical issues persisted and remain unresolved at the time the undersigned parties entered into this Stipulation.

9.  Therefore, the undersigned parties agree that Plaintiff may have a further extension up to and including October 23, 2017 to file its (1) Reply to SFR's opposition to Motion for Summary Judgment and HOA's Joinder thereto [ECF No. 43 and 45]; (2) Opposition to SFR's Countermotion for 56(d) Relief and HOA's Joinder thereto [ECF No. 44 and 46]; and (3) Reply to HOA's opposition to Motion for Summary Judgment [ECF No. 42].

///

///

///

10. This is the parties' second request for an extension and is not intended to cause any delay or prejudice to any party to this action.

IT IS SO STIPULATED.

| WRIGHT, FINLAY & ZAK, LLP<br><br>*/s/ Yanxiong Li, Esq.*_____<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Yanxiong Li, Esq.<br>Nevada Bar No. 12807<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for EquiFirst Mortgage Loan Trust 2004-3, Asset-Backed Certificates, Series 2004-3* | KIM GILBERT EBRON<br><br>*/s/ Diana Ebron, Esq.*_____<br>Diana Ebron, Esq.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139-5974<br>*Attorney for Defendant, SFR Investments Pool I, LLC* |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br><br>*/s/ Matthew A. Sarnoski, Esq.*___<br>Matthew A. Sarnoski, Esq.<br>Nevada Bar No. 9176<br>3301 N. Buffalo Dr.<br>Las Vegas, NV 89129<br>*Attorneys for Defendant, Executive Estates Homeowners Association, Inc.* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/18/2017 _____