WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
alancaster@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as Trustee for EquiFirst Mortgage Loan Trust 2004-3, Asset-Backed Certificates, Series 2004-3*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR EQUIFIRST MORTGAGE LOAN TRUST 2004-3, ASSET-BACKED CERTIFICATES, SERIES 2004-3; <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL I, LLC; EXECUTIVE ESTATES HOMEOWNERS' ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; <br><br> Defendants. | Case No.: 2:17-cv-00043-JAD-NJK <br><br> **PLAINTIFF'S STIPULATION AND ORDER EXTENDING DEADLINES** |
| SFR INVESTMENTS POOL I, LLC, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR EQUIFIRST MORTGAGE LOAN TRUST 2004-3, ASSET-BACKED CERTIFICATES, SERIES 2004-3; DAVID G. RISDON, an individual, HILARY L. RISDON, an individual, <br><br> Counter/Cross Defendants. | ECF No. 80 |

Plaintiff, Deutsche Bank National Trust Company, as Trustee for EquiFirst Mortgage

Loan Trust 2004-3, Asset-Backed Certificates, Series 2004-3 ("Deutsche Bank" or "Plaintiff"), and Defendants, SFR Investments Pool I, LLC, Executive Estates Homeowners' Association, Inc. and Nevada Association Services, Inc. (collectively, the "Parties"), by and through their respective counsel stipulate and agree as follows:

1. SFR Investments Pool I, LLC filed its Response to Deutsche Bank's Motion for Summary Judgment on June 14, 2019 [ECF 77] ("SFR's Response").

2. Deutsche Bank's Reply to SFR's Response is due June 28, 2019.

3. Executive Estates Homeowners' Association, Inc. filed its Response to Deutsche Bank's Motion for Summary Judgment on June 13, 2019 [ECF 75] ("HOA Response").

4. Deutsche Bank's Reply to HOA Response is due June 27, 2019.

5. Executive Estates Homeowners' Association, Inc. filed its Countermotion for Motion for Summary Judgment on June 13, 2019 [ECF 76] ("HOA's Countermotion").

4. Responses to HOA's Countermotion are due July 4, 2019.

5. Deutsche Bank filed its Response to Executive Estates Homeowners' Association, Inc.'s Motion for Summary Judgment on June 14, 2019 [ECF No. 76] ("Deutsche Bank's Response to HOA MSJ").

6. Executive Estates Homeowners' Association, Inc.'s Reply to Deutsche Bank's Response to HOA MSJ is due June 27, 2019.

7. Deutsche Bank filed its Response to SFR's Motion for Summary Judgment on June 13, 2019 [ECF No. 73] ("Deutsche Bank's Response to SFR MSJ").

8. SFR's Reply to Deutsche Bank's Response to SFR MSJ is due June 28, 2019.

9. The parties have agreed to extend the deadlines for the parties to file its replies and oppositions to July 8, 2019.

/ / /

/ / /

/ / /

10. The Plaintiff's counsel requests this extension as he has been and will be out of the office for personal reasons for much of the time since the filing of the SFR's Response, HOA's Response, and HOA's Countermotion.

Agreed to by:

**KIM BILBERT EBRON**

*/s/Karen L. Hanks, Esq.*
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

**DENNETT WINSPEAR LLP**

*/s/ Matthew A. Sarnoski, Esq.*
Gina Winspear
Matthew A. Sarnoski
3301 N. Buffalo, Suite 195
Las Vegas, NV 89129
*Attorney for Executive Estates Homeowners' Association, Inc.*

**Wright Finlay & Zak, LLP**

*/s/ Aaron D. Lancaster, Esq.*
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Avenue, #200
Las Vegas, NV 89117
*Attorneys for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as Trustee for EquiFirst Mortgage Loan Trust 2004- 3, Asset-Backed Certificates, Series 2004-3*

**ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge