# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DEUTSCHE BANK NATIONAL TRUST COMPANY,

    Plaintiff(s),

v.

SFR INVESTMENTS POOL 1, LLC, et al.,

    Defendant(s).

Case No.: 2:17-cv-00043-JAD-NJK

**Order**

[Docket No. 95]

More than two months ago, the Court held a settlement conference at which the parties reached a settlement. Docket No. 91. The Court required the filing of dismissal papers by October 31, 2019. *Id.* The parties thereafter filed a stipulation for an extension of time, seeking a lengthy 90-day extension without any showing why such a period was necessary to finalize the already-reached settlement. *See* Docket No. 93. Accordingly, the Court instead provided the parties with an additional 30 days to file dismissal papers. Docket No. 94. The parties have now returned to the Court by filing a status report, which is actually a stipulation for a further 45-day extension. Docket No. 95.[1] No reasonable showing has been made as to why more than three months is needed since a settlement was reached at the settlement conference to file dismissal papers. More specifically to this request, no reasonable showing has been made as to why another 45 days is

---

[1] A status report is not a vehicle for seeking relief. If the parties all agree to relief requested from the Court, then they must file a stipulation that is properly docketed as such. *See* Local Rule 7-1; *see also* Local Rule IC 2-2(b). The parties are expected in the future to use the correct docketing event.

1

required to file dismissal papers. Instead, the stipulation alludes generally to the need to "obtain all settlement agreement signatures and fulfill the settlement requirements." *Id.* at 3. Such a bald statement does not suffice for such a lengthy extension.

Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part. The deadline to file dismissal papers is extended to December 23, 2019. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

Dated: December 3, 2019

_____
Nancy J. Koppe
United States Magistrate Judge