AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Deutsche Bank National Trust Company

DEFAULT JUDGMENT

Plaintiff,

v.

JUDGMENT IN A CIVIL CASE

SFR Investments Pool 1, LLC

Case Number:  2:17-cv-00043-JAD-NJK

Defendant.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✕ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is entered against David G. Risdon and Hilary L. Risdon.

6/3/20
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk