WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as Trustee for EquiFirst Mortgage Loan Trust 2004-3, Asset-Backed Certificates, Series 2004-3*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR EQUIFIRST MORTGAGE LOAN TRUST 2004-3, ASSET-BACKED CERTIFICATES, SERIES 2004-3, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC; EXECUTIVE ESTATES HOMEOWNERS' ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendant. | Case No.:  2:17-cv-00043-JAD-NJK <br><br> **Order Granting Motion to Release Security Bond** <br><br> ECF No. 108 |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counter/Cross-Claimant, <br><br> vs. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR EQUIFIRST MORTGAGE LOAN TRUST 2004-3, ASSET-BACKED CERTIFICATES, SERIES 2004-3; DAVID G. RISDON, an individual; HILARY L. RISDON, and individual, <br><br> Counter/Cross-Defendants. | |

1

**ORDER RELEASING SECURITY BOND**

Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as Trustee for EquiFirst Mortgage Loan Trust 2004-3, Asset-Backed Certificates, Series 2004-3, by and through its counsel of record, Robert A. Riether, Esq., opened this case by filing a complaint on January 1, 2017. Plaintiff filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on April 27, 2017 (ECF No. 22). The Court granted the Stipulation and Order to Dismiss on December 19, 2019. (ECF No. 98).

With good cause appearing, and as the deadline for opposition passed without response, IT IS HEREBY ORDERED that Plaintiff's Motion for Return of Security Bond **[ECF No. 108] is GRANTED.** The Clerk of Court is directed to refund the $500 deposit plus interest to:

>WRIGHT, FINLAY & ZAK, LLP
>7785 W. Sahara Ave., Suite 200
>Las Vegas, NV 89117

unless a party objects to this order within 10 days.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 5, 2020